IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DONALD GILBREATH, ROBERT STEVE HICKS AND CAREY STRIPLING, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>Plaintiffs | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| vs. | §<br>§<br>§ | C.A. NO. 6:17-cv-00618-RWS<br>JURY TRIAL DEMANDED |
| BROOKSHIRE GROCERY COMPANY<br>Defendant | §<br>§ | |

**PLAINTIFFS' NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Donald Gilbreath, Robert Steve Hicks, and Carey Stripling, Plaintiffs in the above-entitled and numbered cause and files This, their Notice of Readiness for Scheduling Conference and would respectfully show the Court as Follows:

1. Pursuant to the Standing Order of the Court, Plaintiffs notify the Court that the Defendant has answered and the case is ready for a scheduling conference.

        Respectfully submitted,

        /s/ William S. Hommel, Jr.
        William S. Hommel, Jr.
        State Bar No. 09934250
        Hommel Law Firm
        1404 Rice Road, Suite 200
        Tyler, Texas 75703
        903-596-7100
        469-533-1618 Facsimile

        ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing Notice of Readiness for Scheduling Conference has been served on all counsel of record via electronic filing, on this the 28th day of November, 2017.

/s/ William S. Hommel, Jr.
William S. Hommel, Jr.