IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DONALD GILBREATH, ROBERT STEVE HICKS AND CAREY STRIPLING, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED §§§§§§§ Plaintiffs § § vs. § § § BROOKSHIRE GROCERY COMPANY § Defendant § | C.A. NO. 6:17-cv-00618-RWS JURY TRIAL DEMANDED |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs' disclose the following parties who have an interest in the outcome of this litigation:

## PLAINTIFF

1. Donald Gilbreath
2. Robert Steve Hicks
3. Carey Stripling
4. Plaintiff's Counsel
   William S. Hommel, Jr.
   Hommel Law Firm
   1404 Rice Road, Suite 200
   Tyler, Texas 75703

## DEFENDANT

1. Brookshire Grocery Company
2. All persons and entities listed on Defendants' Certificate(s) of Interested Parties.

        Respectfully submitted,

        /s/ William S. Hommel, Jr.
        William S. Hommel, Jr.
        State Bar No. 00934250
        Hommel Law Firm
        1404 Rice Road, Suite 200
        Tyler, Texas 75703
        903-596-7100
        469-533-1618 Facsimile
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record through PACER on the 28th day of November, 2017.

        /s/ William S. Hommel, Jr.
        William S. Hommel, Jr.